**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
  *J. B. Hunt Transport, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY NAPIER, on behalf of himself and those similarly situated, 2749 Highlawn Avenue Huntington, WV 25702,<br><br>Plaintiff,<br><br>-v-<br><br>J.B. HUNT TRANSPORT, INC., 615 J B Hunt Corporate Drive Lowell, AR 72745<br><br>Defendant. | Civil Action No. 1:16-cv-01955 (JBS)(JS) |

**WHEREAS**, Plaintiff Stanley Napier ("Plaintiff") and Defendant J. B. Hunt Transport, Inc. ("Defendant") have entered into a Settlement Agreement and General Release which includes a release of all of Plaintiff's claims against Defendant in the above-captioned matter;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and **SO ORDERED** by the Court that the Complaint is herein withdrawn and dismissed *with prejudice* as to Defendant, without costs to either Party, except that the Court shall retain jurisdiction of the matter for the purpose of enforcing the provisions of the Settlement Agreement and Release executed by the Parties.

| | |
|---|---|
| **SWARTZ SWIDLER, LLC**<br>Attorneys for Plaintiff | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendant |
| By: *Matthew Miller* /RSS/<br>Matthew Miller, Esq. | By: *Stacey D. Adams*<br>Stacey D. Adams, Esq. |
| Dated: September 16, 2016 | Dated: September 27, 2016 |

**SO ORDERED:**

*Jerome B. Simandle*
Hon. Jerome B. Simandle

Date: Oct. 11, 2016

Firmwide:141824118.3 023293.1300